AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>2:18 MJ 43 | Date and time warrant executed:<br>02/23/2018 9:30 am | Copy of warrant and inventory left with:<br>Left at premises |

Inventory made in the presence of :
SA Andrew Chonowski, TFO Michael Jones, TFO Martin Chnupa, SA Langrish, SA Damico, SA Weber, SSA Ormerod

Inventory of the property taken and name of any person(s) seized:

ITEMS:
1) Smith and Wesson Model 686, .357 caliber revolver, Serial Number AHR9955.
2) Six (6) .357 caliber rounds of ammunition recovered from Item 1.
3) A clear plastic bag containing 17.9 gross grams of suspected marijuana.
4) Apple iPhone, Model A1453.
5) Apple iPhone, Model A1687.
6) Two (2) .40 caliber S&W rounds of ammunition.
7) Twelve (12) rounds of .357 caliber ammuntion.
8) One (1) round of 9mm ammunition.
9) Apple iPhone in yellow case.
10) Apple iPhone and LG cellular phone.
11) Suspected marijuana
12) One (1) firearm magazine
13) Twenty six (26) rounds of miscellaneous ammuntion.
14) Three (3) .22 caliber rounds of ammunition.
15) A pink suitcase containing multiple rounds of ammunition and body armor.
16) A Taurus PT111 9mm pistol magazine.
17) A ZTE cellular phone, Model N9560.
18) A pink Apple iPhone in a blue case.
19) A plastic bag containing a white powdery substance.
20) A digital scale containing trace amounts of a green leafy substance.
21) Two (2) rounds of .223 caliber ammunition.
22) Two (2) Social Security cards, an Indiana firearms permit, and an Indiana driver's license.
23) A green leafy substance (suspected marijuana).
24) Twenty dollars ($20) in United States Currency.
================================================END================================================

-FILED-

FEB 26 2018

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:       02/23/2018

_____
Executing officer's signature

Christopher Gootee, FBI Task Force Officer
_____
Printed name and title